■ JERRY GRAHAM, Appellant-Respondent, v CITY OF ROCH-

ESTER, Respondent, and MONROE COUNTY, Respondent-Appellant. CITY OF ROCHESTER, Third-Party Plaintiff-Respondent, and MONROE COUNTY, Third-Party Plaintiff-Respondent-Appellant, v ROCHESTER GAS & ELECTRIC, Third-Party Defendant-Respondent.—Motion for clarification denied. Memorandum: Plaintiff's motion to clarify the order is denied as unnecessary. Plaintiff is entitled by law to interest from the date of the verdict *(see,* CPLR 5002.) Present—Callahan, J. P., Boomer, Lawton, Boehm and Davis, JJ.